UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria BAHENA, ) | |
| ) | No. 07-CV-1807 DMS (WMC) |
| Petitioner, ) | |
| v. ) | Agency No.: A96-985-467 |
| ) | |
| Michael CHERTOFF, Secretary, ) | ORDER DISMISSING PETITION |
| Dept. of Homeland Security, ) | AND COMPLAINT WITH LEAVE |
| et al., ) | TO FILE AMENDED ORIGINAL |
| Respondents. ) | PLEADING WITHIN 60 DAYS |
| _____ ) | |

Having considered the Parties' Joint Motion for Stipulated Dismissal and finding it meritorious, the Court GRANTS the motion and, hereby, DISMISSES Ms. Bahena's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief with LEAVE TO AMEND her original pleading within sixty days of this order if she does not receive proof of her lawful resident alien status within that time period. **It is so ordered.**

Dated: __1-23-08__

HON. DANA M. SABRAW
United States District Judge